Dismissed and Memorandum Opinion filed April 22, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00327-CV

____________

 

RACHAEL WILSON, Appellant

 

V.

 

JUDGE JOEL CLOUSER, SR. AND CONSTABLE RUBEN DAVIS, Appellees

 



 

On Appeal from County
Court at Law No. 1

Fort Bend County,
Texas

Trial Court Cause
No. 10-CCV-041435

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from an order signed March 26, 2010.  On April 6, 2010, the parties
filed an agreed joint motion to dismiss the appeal pursuant to an agreement.  See
Tex. R. App. P. 42.1.  The motion
is granted.

 Accordingly,
the appeal is ordered dismissed.

                                           

PER
CURIAM

Panel consists of Justices Frost, Brown, and Boyce.